IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| *IN RE* THE SEARCH OF A DISCORD ACCOUNT STORED AT PREMISES CONTROLLED BY DISCORD INC.<br><br>[USAO No. 2025R00264] | Case No. 7-25-mj-141<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Ryan Kennedy, being first sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I seek a search warrant for information associated with an account stored at premises owned, maintained, controlled, or operated by Discord Inc., an electronic communications service and remote computing service provider headquartered at 444 De Haro Street, Suite 200, San Francisco, California 94107. The account is described in Attachment A. This affidavit supports an application for a search warrant under 18 U.S.C. § 2703(a), (b)(1)(A), and (c)(1)(A), to require Discord Inc. to disclose copies of information (including content of communications) described in Attachment B, Section I. Upon receipt, government-authorized persons will review the information to seize items described in Attachment B, Section II.

2. I am an FBI special agent and have been since August 2021. I currently work in the FBI Richmond, Virginia, Field Office, Roanoke Resident Agency. I handle and investigate various criminal and national security matters, including violent crimes, narcotics offenses, federal bank robberies, and fugitive apprehensions. I am trained and experienced in conducting investigations, interviewing and interrogation techniques, arrest procedures, search warrant

applications, the execution of searches and seizures, computer crimes, computer evidence identification, and various other criminal laws and procedures.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth everything I know about this matter.

4. Based on my training and experience and the following facts, there is probable cause to believe that Jacob Ryan Barnett committed, *inter alia*, coercion and enticement of a child, in violation of 18 U.S.C. § 2422(b), and attempted sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a), (e). There is also probable cause that the account described in Attachment A contains evidence of these crimes and other crimes, as described in Attachment B.

## JURISDICTION

5. This Court has jurisdiction to issue the requested warrant under the Stored Communications Act ("SCA") because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. §§ 2703(a), (b)(1)(A), (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6. On or about May 20, 2025, the FBI National Threat Operations Center received an online tip from a mother in Michigan regarding her 15-year-old daughter ("M.V."). The tip advised that M.V. had exchanged nude images and video with a person who was using phone

number 757-817-3396 and TikTok account @jodie.johnson1.[1]  Opensource records showed that the number belonged to Jacob Ryan Barnett of Catawba, Virginia,[2] so the FBI sent me the tip.

7.  On or about May 29, 2025, I interviewed M.V.'s mother over the phone.  M.V.'s mother explained that she went through M.V.'s phone and found a text conversation with a person[3] that began on May 18, 2025, in which her daughter exchanged nude pictures and videos.  When confronted, M.V. told her mother that the subject had messaged her on TikTok, then asked for M.V.'s phone number.  M.V. gave her number to the subject and their conversation moved to text messaging.  He asked M.V. for nude pictures and sent her pictures, including inappropriate ones.

8.  M.V.'s mother said that M.V. initially told her that the subject went to school with M.V.'s friend in North Carolina, but M.V.'s mother thought M.V. might have made that up.

9.  According to M.V.'s mother, before reporting the incident to the FBI, she made M.V. cut off contact with the subject.[4]  Soon after, the subject blocked M.V. on TikTok.

10.  After our phone conversation, M.V.'s mother emailed me seven selfie photos that the subject sent M.V. by phone.  M.V.'s mother believed these photos were fake and not actually of the subject.  The photos appeared to depict an older, teenaged male.  I have been unable to identify the person in the photos through reverse image searching or other investigative tools.

---

[1] TikTok is a video-sharing social media application that allows for instant messaging.

[2] Within the Western District of Virginia.

[3] Although I believe the evidence shows that Barnett operated the 3396 number and @jodie.johnson1 TikTok account, I will simply refer to the user of the number and account as the "subject" when describing what M.V. and her mother said.  Where I reference my own investigation, I will refer to the user of the number and account as Barnett.

[4] M.V.'s mother also directly messaged the subject.  I reviewed a screenshot from her phone, which showed that on May 20, 2025, she wrote, "Hey. Is this Jake?"  The subject responded, "Who is this?" and "Hello? Sorry, who is this?"

11. On or about June 2, 2025, I served administrative subpoenas on Verizon regarding the 3396 number. Verizon records showed that the number belonged to Jacob Barnett, with a P.O. box address in Catawba, Virginia. His account was opened on February 4, 2016.

12. Records from Google LLC showed that Barnett's number was an account recovery number for email addresses jbarnett@bbcyorktown.org, jakejuke47@gmail.com, jacobrbarnett47@gmail.com, jacobrbarnett4056@gmail.com, and j.r.barnett4056@gmail.com.

13. On or about June 9, 2025, an FBI task force officer ("TFO") took M.V.'s iPhone 14 Plus with consent of M.V.'s mother and extracted data from the phone. I have reviewed a copy of that phone extraction. M.V. had saved a screenshot of the subject's TikTok page and a screenshot of their TikTok conversation, where the subject invited M.V. to text his 3396 number.



14. M.V.'s phone also showed that she and the subject messaged each other from on or about May 18, 2025, to on or about May 20, 2025, using iMessage, Apple's proprietary messaging system. During their iMessage conversation, M.V. told the subject she was 15 years old. The subject said he was 17 years old and that he lived in western Virginia. He sent multiple photos of an older teenaged male (the same photos I received from M.V.'s mom) that he claimed

were of him.[5] The subject asked M.V. to send him bikini pictures and made sexually explicit comments. He also asked M.V. to send him nude photos. M.V. sent multiple bikini and underwear photos and a photo where she was fully nude with her breasts showing. Her face and pubic region were digitally obscured. The subject asked for something that he could masturbate to, and M.V. sent a video of her masturbating that showed her vagina.

15. On or about June 17, 2025, an FBI child adolescent forensic interviewer ("CAFI"), specially trained to interview minors, spoke to M.V. M.V.'s interview with the CAFI is summarized in paragraphs 16 to 22 below.

16. M.V. explained that the subject messaged her on TikTok using @jodie.johnson1 on May 18, 2025. M.V. believed the subject's TikTok followers were mostly teenaged girls. The subject said his name was Jodie Johnson. M.V. agreed to chat with him because the subject's profile picture depicted a teenaged boy. The subject told M.V. she was cute, and they initially had normal conversations. They talked for one day before switching to phone messaging, wherein the subject used the 3396 number. The subject said he was 17 years old and lived in western Virginia.[6]

17. M.V. further explained that the subject began requesting bikini pictures. M.V. didn't feel comfortable sending those early on, so she agreed to send fully clothed pictures of herself. The subject flirted with M.V. and insistently requested photos. He told M.V. that he preferred bikini pictures because the mystery was a turn on for him. Although she didn't want to, M.V. acquiesced and sent a full bikini photo to the subject and other photos in clothing. M.V. specified that all photos she sent the subject were already on her phone from when she was 14 or 15 years old. She did not take any new photos or videos for the subject.

---

[5] These photos, of course, do not depict Barnett, who is a 34-year-old man.

[6] M.V. knew people from Virginia and thought the subject's photos looked like one of her friends.

18. Eventually, the subject got "very graphic," describing how he would have sex with M.V. He continued to press M.V. for photos. As the subject continued to coax M.V., she sent a photo of her 14-year-old self with exposed breasts but scribble marks obscuring her lower body. The subject asked M.V. if she wanted videos of him "jerking off." She didn't respond. The subject then asked if she liked guys masturbating to her and she said no. The subject said at least one guy was doing it and asked if M.V. wanted him to stop. She said that was fine.

19. After M.V. said she didn't have any photos of the subject, he sent some photos purportedly of himself. He also sent a purported picture of himself in boxers with the outline of his penis visible through the underwear.

20. The subject asked M.V. when she last shaved her vagina. She lied and said the day before. The subject said he was developing feelings for M.V. and asked for a video of her masturbating that he could cum to. M.V. sent an older video of herself masturbating when she was 14, which depicted her exposed vagina.

21. When M.V. was asleep, her mom took her phone to message someone and saw the photos and video that she sent the subject. According to M.V., her mom Googled the subject's number and saw that he was a grown man named Jacob Barnett. M.V. deleted the video she sent the subject when her mom gave her phone back.

22. After this, the subject messaged M.V. on TikTok with a new username, @secretsecretaccjodie, on May 20, 2025. He told M.V. he received a message from someone with M.V.'s area code. Two days later, the subject asked M.V. to chat on Discord. His Discord username was Jodie_j1234. M.V. no longer wanted to talk to the subject since she knew he wasn't 17 years old, so she blocked him.

23.     Based on my review, M.V.'s descriptions of her conversation with the subject in her forensic interview were largely consistent with her iMessage conversation with Barnett.[7]

24.     On or about July 7, 2025, Verizon provided call and message detail records for Barnett's 3396 number. Correlating these records with the iMessages from M.V.'s phone further demonstrated that Barnett was using the 3396 number while talking to M.V. For example, on May 19, 2025, at about 4:30:37 p.m.,[8] Barnett messaged M.V. At approximately 4:32 p.m., Barnett answered a one-minute phone call from—per open-source records—his wife. At approximately 4:33:25 p.m., M.V. messaged Barnett some photos. At approximately 4:34:40 p.m., he messaged her back. In other words, within less than five minutes, Barnett messaged M.V., talked to his wife for a minute, and messaged M.V. again.

25.     On May 20, 2025, at approximately 10:34:50 a.m., Barnett messaged M.V. At approximately 10:35 a.m. Barnett answered a call from his wife that last 173 seconds. During the call, at 10:35:38 a.m., M.V. messaged Barnett. At approximately 10:38:21 a.m., Barnett responded to M.V.'s message, some three minutes after her last message. Prior to taking his wife's call, Barnett had responded to M.V.'s last four messages within approximately 30 seconds.

26.     On or about June 26, 2025, I found the @secretsecretaccjodie TikTok account. It displayed two photos closely matching selfies that Barnett sent M.V. The account was following

---

[7] Understandably, M.V.'s timeline of the messages was slightly out of order. Also, M.V. did say that the subject asked for "mirror pictures," but I did not see any explicit requests for mirror pictures. The subject did request a "shower pic" and made multiple references to the shower, which would necessarily have been in front of or near a mirror.

[8] All times are Eastern Daylight Time ("EDT").

7

5,859 other accounts and had 504 followers. It displayed the following sentence: "add me on discord Jodie_j1234 amos: duh_jodie",[9] as shown below.



27. On or about July 8, 2025, TikTok Inc. provided records relating to Barnett's TikTok account. He first used username @jodi.johnson1, and changed it to @secretsecretaccjodie sometime in May or June 2025.[10] Barnett created the account on July 13, 2023, with nickname Eli Garcia and email address egarcia4391@gmail.com.[11]

28. The account's signup IP address resolved to the Newport News, Virginia, area. According to public and non-public databases, Barnett resided in Newport News from

---

[9] "Amos" is an internet acronym that means "add me on Snapchat." Snapchat is another social media application that allows for instant messaging. Snapchat is known to automatically delete messages and media exchanged on the app within a short period of time.

[10] Notably, after M.V.'s mom texted Barnett.

[11] Barnett's j.r.barnett4056@gmail.com and jacobrbarnett4056@gmail.com share a similar email format, with a four-digit number starting with numeral "4" after the name.

approximately 2021 to 2024, encompassing the time when Barnett signed up for TikTok. I have also found information that Barnett had a job near Newport News within this timeframe.

29. According to TikTok IP login sessions from May 2025, to June 25, 2025, Barnett frequently used IP address 208.74.81.21, which resolves to Troutville, Virginia.[12] This address appeared in IP activity for the jacobrbarnett47@gmail.com account within the same timeframe.

30. On or about July 10, 2025, Google LLC provided records relating to the egarcia4391@gmail.com account. Barnett created it on March 17, 2022, and listed a name of Eli Garcia. He did not list a phone number or recovery email. IP activity logs revealed the 208.74.81.21 IP address also accessed this account within May to June 25, 2025.

31. On or about July 10, 2025, I looked up the @secretsecretaccjodie TikTok account again. It was still active, and now following 6,682 accounts (whereas, in May 2025, it was following 4,302 other accounts, and when I last checked the account on or about June 26, 2025, it was following 5,859 other accounts). @secretsecretaccjodie appeared to be following mostly young girls. I randomly selected an account from the list, and through open-source searches, I confirmed that the account belonged to a North Carolina girl in the 6th grade.

32. I know through training and experience that people who use online chat applications to groom and sexually exploit minors often create and discard multiple accounts to hide their activity. They often chat with multiple victims over time and simultaneously. Often, they deliberately choose applications like Discord and Snapchat to groom minors because these applications are more private than other social media applications (e.g., Facebook).

---

[12] I am currently unable to obtain subscriber information for this IP address, as the ISP requires an associated port number. Google LLC and TikTok Inc. did not provide port numbers.

33. Based on my training and experience and limited review of the subject's chats with M.V., I believe that the subject progressively groomed M.V. to send him photos and video. I further believe that Barnett was exclusively operating the @jodie.johnson1 and @secretsecretaccjodie TikTok account and 3396 number when chatting with M.V. Barnett's messages with M.V. showed an apparent experience, tact, and comfort in grooming and manipulating M.V.

34. Given all of this, especially (1) that Barnett invited M.V. to chat with him on Discord, and (2) that he appeared to be following potentially thousands of minor girls on TikTok, where he invited his contacts to add him on Discord too, I believe Barnett's Discord account holds evidence of child exploitation crimes.

35. On or about June 25, 2025, I had Discord Inc. served with a preservation request for data associated with "Jodie_j1234", the Discord username Barnett messaged to M.V. and listed on his TikTok page. On or about June 30, 2025, Discord Inc. confirmed the existence of the account and that they were preserving its associated data.

## BACKGROUND ON DISCORD[13]

36. Discord owns and operates a free, all-in-one voice, video, and text chat application and website of the same name. Discord allows its users to establish accounts with Discord, which they can use to communicate with other Discord users, in groups or private messaging.

37. When signing up for a Discord account, the user must agree to Discord's Terms of Service.[14] These Terms of Service have required users to abide by Discord's Community

---

[13] This section is based on my training and experience; research; limited personal familiarity with Discord; and by reviewing government and Discord publications. The details and functionality of apps like Discord are constantly changing. While the information in this section is true and accurate to the best of my knowledge, I have not specifically reviewed every detail of Discord.

[14] https://discord.com/terms.

Guidelines.[15] The Community Guidelines tell users: "Do not solicit sexual content from or engage in any sexual conduct with anyone under the age of 18." Discord Inc. warns users that they report child sexual abuse material ("CSAM") and grooming to the National Center for Missing & Exploited Children. It also warns users: "Do not make sexually explicit content available to anyone under the age of 18." Additionally, the Community Guidelines refer users to its Teen and Child Safety Policy Explainer,[16] which is even more specific about Discord's prohibitions on sexualizing children, soliciting sexual content from minors, and grooming minors.

38. A Discord "server" is a dedicated channel or room within Discord where users can connect and chat. Within servers, users can chat by live video, audio, and text messaging. Most servers are private, invite-only spaces for friends and communities to use together. Discord also operates larger, public servers that any user can join. These servers are typically centered around specific topics. Users can also send private direct messages ("DMs") or group direct messages ("GDMs"), where they can chat by live video, audio, and text messaging, as in servers.

39. Discord users choose usernames for their account that are unique and are an identifier Discord can use to identify an account for law enforcement. Discord assigns each unique username a corresponding unique, internal user ID. These user IDs are the best way for Discord to identify an account.

40. In addition to usernames, Discord users have a display name associated with their account. Display names are the primary way users appear across Discord and are their most prominent identifiers on the application.

---

[15] https://discord.com/guidelines.

[16] https://discord.com/safety/child-safety-policy-explainer.

11

41. Discord asks users to provide basic contact information to Discord, either during the registration process or thereafter. The information may include the user's full name, birthdate, contact email addresses, physical address (including city, state, and zip code), phone number, website, and other personal identifiers.

42. Discord may also retain IP logs for a given user or IP address. These logs may contain information about the actions taken by the user or IP address on Discord, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Discord profile, that user's IP log would reflect the fact that the user viewed the profile and would show when and from what IP address the user did so.

43. Social networking providers like Discord typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Discord users may communicate directly with Discord Inc. about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Discord typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

44. The computers or servers of Discord are likely to contain all the material just described, including stored electronic communications and information concerning subscribers and their use of Discord, such as account access information, transaction information, and account activation.

## CONCLUSION

45.  Based on the forgoing, I request that the Court issue the proposed search warrant. There is probable cause to believe that Jacob Ryan Barnett committed against M.V., *inter alia*, coercion and enticement of a child, in violation of 18 U.S.C. § 2422(b), and attempted sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a), (e). There is also probable cause that the account described in Attachment A contains evidence of these crimes and similar crimes against other minors, as described in Attachment B.

46.  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Discord Inc. Because the warrant will be served on Discord Inc, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

47.  The information in this affidavit is true to the best of my knowledge and belief.

Respectfully submitted,

*Ryan Kennedy*
RYAN KENNEDY
Special Agent
Federal Bureau of Investigation

Received by reliable electronic means pursuant to Federal Rule of Criminal Procedure 4.1 and subscribed and sworn to me by telephone this  14th  day of July, 2025.

C. KAILANI MEMMER
United States Magistrate Judge